KKO
F. #2018V01388

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA,

                Plaintiff,

      – against –

THE REAL PROPERTY AND PREMISES
LOCATED AT 8 HALE DRIVE,
HALFMOON, NEW YORK 12065; AND

THE REAL PROPERTY AND PREMISES
LOCATED AT127 GRENADIER COURT,
HALFMOON, NEW YORK 12065,

             Defendants *in rem*.

– – – – – – – – – – – – – – – – – – X

**STIPULATION OF DISMISSAL**

Civil Action No. 18-3041

(Garaufis, J.)

      IT IS HEREBY STIPULATED AND AGREED by and between the United

States and Claimants Executive Housing & Properties LLC and Nancy Salzman, through

their respective undersigned counsel, that the above-captioned forfeiture action against the

Real Property and Premises Located at 8 Hale Drive, Halfmoon, New York 12065 shall be

and hereby is dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of

Civil Procedure.

Each party hereto further agrees that this dismissal is without costs or fees to either party.

Dated: ~~July~~ *August* 13, 2018
        Brooklyn, New York

                              RICHARD P. DONOGHUE
                              United States Attorney
                              Eastern District of New York
                              Attorney for the United States
                              271-A Cadman Plaza East, 7th Floor
                              Brooklyn, New York 11201

By:                           

                              Karin Orenstein
                              Assistant U.S. Attorney
                              (718) 254-6188

Dated: ~~July~~ *August* 9, 2018
        Albany, New York

                              ASHCROFT LAW FIRM
                              200 State Street, 7th Floor
                              Boston, Massachusetts 02109

By:                              MTK
                              Michael Sullivan, Esq.
                              *Counsel for Claimants*
                              (617) ~~432-7511~~
                                573-9400